AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 2 2016

MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| BRANDON MAESTAS<br>Year of Birth 1984<br>SSAN XXX-XX-9749 | ) ) ) ) |
| | ) |
| Defendant(s) | |

Case No. 16mj796

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 19, 2016  in the county of  Santa Fe  in the
_____ District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 841(a)(1), 841(b)(1)(B) | Possession with Intent to Distribute a Mixture and Substance containing greater than 28 grams of Cocaine Base |
| Title 18 U.S.C. 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Violation |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Russell S. Romero, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/02/2016

_____
Judge's signature

City and state:  Albuquerque, New Mexico

Honorable Kirtan Khalsa, US Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| BRANDON MAESTAS, | ) | |
| | ) | |
| Defendant | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Russell S. Romero, being duly sworn, depose and say as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Albuquerque Division, to investigate violations of Federal Laws, including controlled substance offenses in violation of Title 21 of the United States Code, and firearms violations of Title 18 of the United States Code.

2. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from other reliable sources. This information is submitted for the limited purpose of establishing probable cause to believe that Brandon Maestas has committed felony violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 924(c). This affidavit therefore does not set forth all of my knowledge about this matter.

1

3. On February 19, 2016, at approximately 0600 hrs, the Santa Fe Police Department executed a search warrant on the residence of #12 Entrada de Montoya, Santa Fe (Nambe), New Mexico (hereafter "The Residence"). Other agencies, including the New Mexico State Police, Santa Fe County Sheriff's Office, and the Tribal Police were informed of the warrant and asked to help in various ways.

4. This warrant was to obtain surveillance equipment, hard drives, and any other media related documentation pertaining to a separate homicide investigation. While inside The Residence, Santa Fe Police and Santa Fe Sheriff's Detectives located various contraband to include a black bag with suspected cocaine, a 9mm Beretta Pistol, and a blue semi-automatic 7.62mm pistol inside of the laundry room; and a bag of suspected rock cocaine, a Beretta Pistol, and a Derringer pistol inside of the back bedroom of the residence. Also found in the residence were several cellular telephones, various prescription pills, and a large amount of suspected marijuana.

5. Inside of the laundry room, the two pistols were found inside of the dryer and appeared to be hidden by clothes. Also inside of the dryer, a jar containing a large amount of marijuana was found. In addition, approximately six ounces of crack cocaine were found in a black bag on the floor of the laundry room.

6. Agent Adam Sandoval of the High Intensity Drug Trafficking Area Task Force (HIDTA) Region III (hereafter "Region III") was contacted by the Santa Fe Police Department and was asked if he would assist with the narcotics portion of the case.

7. Agent Sandoval began by amending the original search warrant written by Santa Fe Police Detective Tony Trujillo to include narcotics, paraphernalia, firearms, cell phones, and

2

currency which may be involved in the trafficking of narcotics. The warrant was signed by New Mexico 1st Judicial District Judge Ellington at approximately 1123 hrs on February 19, 2016.

8. Agent Sandoval then arrived at the residence where he met with Sgt. Craig Ernst of the Santa Fe Police Department who briefed him on the case thus far. Sgt. Ernst showed Agent Sandoval the firearms, narcotics, and other paraphernalia that were found in various places of the residence. Sgt. Ernst explained that while searching the house, they did their best not to disturb, touch, or move the additional evidence that was located.

9. Sgt. Ernst photographed and collected the aforementioned evidence, as well as other paraphernalia found inside of the residence. Other paraphernalia included approximately 541 grams of suspected marijuana, THC extract, various prescription pills, several cell phones, and various loaded pistol magazines and ammunition matching those of the pistols found.

10. Sgt. Ernst took all of the collected evidence to his office at the New Mexico State Police where it was weighed, tested, packaged, and labeled. The suspected crack cocaine tested positive for the presumptive presence of cocaine and weighed approximately 182 gross grams.

11. All of the aforementioned evidence was then taken to the New Mexico State Police locker where it was secured.

12. Brandon Maestas is a suspect in the homicide of David Dickerson, who, according to Dickerson's his ex-girlfriend, was a heavy cocaine user and had an extensive criminal history.

13. During the investigation of the homicide of Dickerson, Santa Fe Police Department Detective Tony Trujillo learned, through various sources, that Dickerson, among others, had participated in a home invasion robbery at the residence of Brandon Maestas. According to a

Confidential Informant (CI), Dickerson stole approximately $3000 in US Currency and an unknown amount of cocaine from Brandon Maestas.

14.     CI's have informed Detective Trujillo that Maestas deals large amounts of cocaine out of his residence, #12 Entrada de Montoya, Santa Fe (Nambe), New Mexico ("The Residence").

15.     One CI informed Detective Trujillo that Maestas owns two homes, one near Denver and The Residence in Nambe, New Mexico. He purchases ½ to 1 kilogram quantities of cocaine, as well as marijuana, in Colorado and brings them to The Residence in Nambe, New Mexico, where he makes it into crack cocaine.

16.     This same CI informed Detective Trujillo that Maestas deals marijuana and cocaine out of the The Residence, and that is the reason that The Residence is fortified and has surveillance cameras throughout.

17.     The same CI informed Detective Trujillo that Maestas was the only person who lives at the residence.

18.     Detective Trujillo also interviewed M.R. regarding The Residence. M.R. informed Detective Trujillo that Maestas is the sole person who lives at The Residence. M.R. stays there on occasion, but her primary residence is located in Albuquerque.

19.     Based on the information set forth in this affidavit, I submit that there is probable cause to believe:

   a. That on or about February 19, 2016 , BRANDON MAESTAS did knowingly and intentionally possess with intent to distribute a mixture and substance containing greater than 28 grams of cocaine base in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

4

    b.    That on or about February 19, 2016, BRANDON MAESTAS did knowingly and intentionally possess a firearm in furtherance of a drug trafficking violation in violation of Title 18, United States Code, Section 924(c).

I swear that this information is true to the best of my knowledge and belief.

                                Respectfully submitted,

                                Russell S. Romero
                                Special Agent,
                                Federal Bureau of Investigation

Subscribed and sworn to before me this 2nd day of March 2016.

Honorable Kirtan Khalsa
United States Magistrate Judge

5