# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 3/7/2016 | Case Number: | 16mj796 |
| Case Title: USA v. | Brandon Maestas | Liberty: | Gila @ 9:49 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 3mins |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Sasha Siemel | Defendant: | Pro Se |

PROCEEDINGS:

| | |
|---|---|
| ☐ | Defendant Sworn |
| ☒ | Defendant received copy of charging document |
| ☒ | Defendant advised of rights and penalties |
| ☐ | Defendant wants Court appointed counsel |
| ☒ | Government moves to detain |
| ☒ | Defendant remanded to custody of USMS |
| ☐ | Defendant released: |
| ☒ | Preliminary/Detention   Gila   3/8/2016   @ 9:30 am |
| ☒ | Other: Defendant has retained David Serna |